# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00265-MR-DLH

| | |
|---|---|
| **FARM WORKS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| **CHARTER CABLE OPERATING** ) | |
| **COMPANY, LLC, f/k/a MARCUS** ) | |
| **CABLE COMPANY, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the mediator's report advising that this matter has been completely settled. [Doc. 24]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge